UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **COOPER INDUSTRIES, LLC and COOPER POWER SYSTEMS, INC.,** Plaintiffs, v. **ABB HOLDINGS INC. and ABB INC.,** Defendants. | No. 4:09-CV-3534  FEB 16 2010 , Clerk of Court The Hon. Gray H. Miller |

## UNOPPOSED MOTION TO PLACE DOC. NO. 3-2 UNDER SEAL

Cooper Industries, LLC and Cooper Power Systems, Inc. (collectively, "Cooper") hereby move to place **doc. no. 3-2** under seal. Defendants do not oppose the relief requested herein. In support, Cooper would show as follows:

1. In moving to remand this removed case, Cooper inadvertently attached doc. no. 3-2 to its submission without requesting that it be placed under seal.

2. Doc. no. 3-2 is a private contract between the parties that contains a confidentiality provision.

WHEREFORE, Cooper respectfully requests that doc. no. 3-2 be placed under seal. A proposed order and an envelope bearing this case caption and bearing the words "SEALED EXHIBIT" are attached.

Respectfully submitted,

LOCKE LORD BISSELL & LIDDELL LLP

/s/ Craig L. Weinstock
---
CRAIG L. WEINSTOCK
State Bar No. 21097300
3400 JPMorgan Chase Tower
600 Travis Street
Houston, Texas 77002-3095
(713) 226-1200 – Telephone
(713) 223-3717 – Fax

**ATTORNEYS FOR COOPER INDUSTRIES, LLC AND COOPER POWER SYSTEMS, INC.**

**OF COUNSEL:**

Robert J. McAughan, Jr.
   State Bar No. 00786096
Thomas L. Casagrande
   State Bar No. 24011203
LOCKE LORD BISSELL & LIDDELL LLP
3400 JPMorgan Chase Tower
600 Travis Street
Houston, TX 77002
713-226-1200 (Telephone)
713-223-3717 (Fax)