# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| COOPER INDUSTRIES, LLC, *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-09-3534 |
| | § | |
| ABB HOLDINGS, INC., *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Plaintiff's unopposed motion to place docket number 3-2 under seal (Dkt. 11) is GRANTED. It is therefore ORDERED that the Clerk shall place docket number 3-2 under seal in the above referenced matter.

Signed at Houston, Texas on March 3, 2010.

_____
Gray H. Miller
United States District Judge

TO ENSURE PROPER NOTICE, EACH PARTY RECEIVING THIS ORDER SHALL
FORWARD IT TO EVERY OTHER PARTY AND AFFECTED NONPARTY